COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Devon Morris

Appellate case numbers:  01-20-00084-CR, 01-20-00085-CR

Trial court case numbers: 1645948, 1645949

Trial court:             262nd District Court of Harris County

      This Court issued an order on January 30, 2020, striking relator's brief. We withdraw the order.


      It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually


Date:  March 24, 2020